IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01796-MSK-KMT

AMANDA DANIELS,

    Plaintiff,

v.

THE CITY OF WALSENBURG,

    Defendant.

## ORDER DISMISSING CLAIMS AS TO CERTAIN DEFENDANTS

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice All Claims Against Salzar [sic], Isnetto, Chamberlain, Liebchen, Hornsby and Hibpshman (Motion) **(#33)** filed February 7, 2015. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendants John Salazar, Richard Isnetto, Jim Chamberlain, Kurt Liebchien, Garry Hornsby and Joseph Hibpshman are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs. All future captions shall so reflect.

DATED this 25th day of February, 2015.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  Chief United States District Judge